■ VELOCITY INVESTMENTS, LLC, Respondent, v EVE MARIE COCINA, Appellant. [968 NYS2d 920]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered August 10, 2011. The order granted in part the motion of defendant for attorneys' fees, costs and disbursements.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on April 8, 2013, and filed in the Erie County Clerk's Office on April 24, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Lindley, Sconiers and Martoche, JJ.